# United States Bankruptcy Court
# Eastern District of Michigan

In the Matter of:
Abeer of Flint, Inc.

Case No: 13-33387
Chapter: 11

        debtor(s) /

### Order Reopening Case and Setting Aside the Final Decree

A Final Decree closing the case having been entered on April 17, 2015. After further review, the entry of this order was in error. **Now, Therefore;**

**IT IS HEREBY ORDERED** that the Final Decree entered April 17, 2015 is set aside and the above entitled case is reopened. Further, the case should be held open until May 1, 2015 as addressed in the Order Resolving U.S. Trustee's Motion to Convert and Dismissing Chapter 11 Case (Docket entry #156).

.

Signed on April 20, 2015

    /s/ Daniel S. Opperman
    Daniel S. Opperman
    United States Bankruptcy Judge