UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*Projected*

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: **April 2015**

In re: **Abeer of Flint Inc**

Case Number: **13-33387-DO**

Chapter 11

Debtor. **Amjad Abu Saada**

Judge: **Hon Daniel SOpperma**

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

    - ✓ Operating Statement (Form 2)
    - ✓ Balance Sheet (Form 3)
    - ✓ Summary of Operations (Form 4)
    - ✓ Monthly Cash Statement (Form 5)
    - ✗ Statement of Compensation (Form 6)
    - ✓ Schedule of In-Force Insurance (Form 7)

   and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in effect; and,
   (If not, attach a written explanation)   YES ✓   NO ___

3. That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
   (If not, attach a written explanation)   YES ___   NO ✓

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.
   (If not, attach a written explanation)   YES ___   NO ✓

5. All United States Trustee Quarterly fees have been paid and are current.
   YES ✓   NO ___

6. Have you filed your pre-petition tax returns.
   (If not, attach a written explanation)   YES ✓   NO ___

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: _____

Debtor in Possession

Title: **President**   Phone: _____

Form 1

# OPERATING STATEMENT (P&L) Projected

Period Ending: April 2015

Case No: 13-33387-DC

| | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | 63000 | 1,006,889.39 |
| Cost of Sales | 37000 | 650943.09 |
| GROSS PROFIT | 26000 | 355946.30 |
| **EXPENSES:** | | |
| Officer Compensation | 0 | 43261.73 |
| Salary Expenses other Employees | 4700.00 | 46640.00 |
| Employee Benefits & Pensions | 0 | 0 |
| Payroll Taxes | 777.55 | 59339.30 |
| Other Taxes Salestax | 850.00 | 12771.24 |
| Rent and Lease Expense | 2000.00 | 13659.71 |
| Interest Expense | 0 | 0 |
| Insurance | 486.82 | 6182.74 |
| Automobile and Truck Expense | 0 | 1155.26 |
| Utilities (gas, electric, phone) & alarm internet | 2300.00 | 62718.50 |
| Depreciation | 1053.90 | 35476.87 |
| Travel and Entertainment | 0 | 0 |
| Repairs and Maintenance | 50.00 | 10772.90 |
| Advertising | 0 | 0 |
| Supplies, Office Expense, etc. | 0 | 3516.58 |
| Other Specify Licenses & Bank Svc fee | 60.00 | 5560.65 |
| Other Specify Equipment | 200.00 | 12981.83 |
| **TOTAL EXPENSES:** | 12478.27 | 314037.71 |
| **NET OPERATING PROFIT/(LOSS)** | 13521.73 | 41908.59 |
| Add: Non-Operating Income: | | |
| Interest Income | 0 | 0 |
| Other Income | 0 | 0 |
| Less: Non-Operating Expenses: | | |
| Professional Fees | 0 | 0 |
| Other | 500 | 3364.00 |
| **NET INCOME/(LOSS)** | 13021.73 | 38544.59 |

Form 2

13-33387-dof    Doc 161    Filed 04/30/15    Entered 04/30/15 15:42:13    Page 2 of 7

# BALANCE SHEET

Period Ending: April 2015 — projected
Case No: 13-33387-DO

| ASSETS: | Current Month | Prior Month | At Filing |
|---|---|---|---|
| Cash: | 70000.00 | 70506.06 | (2363.60) |
| Inventory: | 50000.00 | 50000.— | 63270.61 |
| Accounts Receivables: | 0 | 0 | 0 |
| Insider Receivables | 0 | 0 | 0 |
| Land and Buildings: | 255000.00 | 255000.00 | 255000.— |
| Furniture, Fixtures & Equip: | 8629.00 | 8629.00 | 8629.00 |
| Accumulated Depreciation: | (11674.98) | (11674.98) | (9802.48) |
| Other: | 21000.00 | 21000.00 | 21000.— |
| Other: | 0 | 0 | (8925.00) |
| TOTAL ASSETS: | 370604.02 | 371110.08 | 317292.63 |

| LIABILITIES: | | | |
|---|---|---|---|
| Post-petition Liabilities: | 0 | 0 | |
| Accounts Payable: | 0 | (3392.74) | |
| Rent and Lease Payable: | 0 | 0 | |
| Wages and Salaries: | 0 | 0 | |
| Taxes Payable: | 10912.85 | 10062.85 | 0 |
| Other: | | | |
| TOTAL Post-petition Liabilities | 10912.85 | 6670.11 | 0 |

| Secured Liabilities: | | | |
|---|---|---|---|
| Subject to Post-petition | 58549.60 | 58549.60 | 58549.60 |
| Collateral or Financing Order | 0 | 0 | 0 |
| All Other Secured Liabilities | 204974.51 | 204974.51 | 204974.51 |
| TOTAL Secured Liabilities | 263524.11 | 263524.11 | 263524.11 |

| Pre-petition Liabilities: | | | |
|---|---|---|---|
| Taxes & Other Priority Liabilities | 42372.20 | 42372.20 | 46281.58 |
| Unsecured Liabilities: | 18241.77 | 18241.77 | 28710.50 |
| Other: | 19265.80 | 19265.80 | 39187.02 |
| TOTAL Pre-petition Liabilities | 79880.57 | 79880.57 | 114179.10 |

| Equity: | | | |
|---|---|---|---|
| Owners Capital: | 500 | 500 | 500 |
| Retained Earnings-Pre Petition. | | | (60910.58) |
| Retained Earnings-Post Petition. | | | |
| TOTAL Equity: | (16286.49) | (20536.03) | 160410.58 |
| TOTAL LIABILITIES | 354317.53 | 350574.03 | 377703.20 |
| AND EQUITY | 370604.02 | 371110.08 | 317292.63 |

*Form 3*

# SUMMARY OF OPERATIONS

Period Ended: April 2015

Case No: 13-33387-DO

## Schedule of Post-petition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| Income Taxes Withheld: | | | | |
| Federal: | 2814.50 | 232 | 754 | 2292.50 |
| State: | 1134.00 | 199.75 | 629 | 701.75 |
| Local: | 2365.76 | 359.55 | 1132.20 | 1593.11 |
| FICA Withheld: | 4215.35 | 359.55 | 1132.20 | 3442.70 |
| Employers FICA: | | 16.80 | 54.60 | 1600.06 |
| Unemployment Tax: | | | | |
| Federal: | 197.86 | 401.20 | 1292.50 | |
| State: | 4813.18 | | 848.80 | 3921.88 |
| Sales, Use & Excise Taxes: | 5618.99 | 850 — | | 5620.49 |
| Property Taxes: | Ø | Ø | Ø | |
| Workers' Compensation | Ø | Ø | Ø | |
| Other: taxes | 3278.56 | Ø | Ø | 3278.56 |
| TOTALS: | ~~24435.20~~ | ~~2018.85~~ | ~~5842.00~~ | ~~21011.05~~ |

## AGING OF ACCOUNTS RECEIVABLE AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | Ø | Ø | |
| Accounts Receivable | Ø | Ø | Ø |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

_____
_____
_____
_____
_____

*Form 4*

**Projected**

# MONTHLY CASH STATEMENT

Period Ending: _April 2015_

Cash Activity Analysis (Cash Basis Only):

Case No: 13-33387-DC

| | General Acct. | Payroll Acct. | Tax Acct. | ~~Cash Coll.~~ Lottery Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | -994.38 | | | 966.14 | 70534.30 |
| B. Receipts (Attach separate schedule) | 56000.00 | | | 13700.00 | 50000. |
| C. Balance Available (A + B) | 55005.62 | | | 14666.14 | 120534.30 |
| D. Less Disbursements (Attach separate schedule) | 54905.62 | | | 13700.00 | 70534.30 |
| E. ENDING BALANCE (C - D) | 100. | | | 966.14 | 50,000.00 |

ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $ 39139.92

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

**General Account:**
1. Depository Name & Location: Huntington
2. Account Number: 01382374945

~~Payroll Account:~~ Lottery
1. Depository Name & Location: Huntington
2. Account Number: 01382374932

**Tax Account:**
1. Depository Name & Location: ____
2. Account Number: ____

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):
____

Date: ____

Debtor in Possession

Form 5

# MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Case No: _____ Period Ending: _April 2015_

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: _Amjad Abu Saada_  Capacity: __X__ Shareholder
__X__ Officer
__X__ Director
__X__ Insider

Detailed Description of Duties: _general_

---

**Current Compensation Paid:**  Weekly _____ or Monthly _____

**Current Benefits Paid:**  Weekly _____ or Monthly _____

   Health Insurance
   Life Insurance
   Retirement
   Company Vehicle
   Entertainment
   Travel
   Other Benefits
   Total Benefits

**Current Other Payments Paid:**  Weekly _____ or Monthly _____
   Rent Paid
   Loans
   Other (Describe)
   Other (Describe)
   Other (Describe)
   Total Other Payments

**CURRENT TOTAL OF ALL PAYMENTS:**  Weekly _____ or Monthly _____

Dated: _____  _____
                                                                   **Principal, Officer, Director, or Insider**

**SCHEDULE OF IN-FORCE INSURANCE**
Period Ending: _April 2015_

Case No:

## INSURANCE TYPE

Workers' Compensation

General Business Policy

## CARRIER

Star Quality

Mesa US ins

## EXPIRATION DATE

8-16-15

8-16-15